**SALIM OLEOCHEMICALS, INC.,**
**Plaintiff–Appellant,**

v.

**M/V SHROPSHIRE, her engines, boilers, tackle, etc., Bibby International Services (IOM) Ltd., Langston Shipping Ltd, Botany Bay Parcel Tankers International, Botany Bay Management Services Pty Ltd., Defendants–Appellees,**

Langston Shipping, Claimant–Appellee.

Docket No. 01–7624.

United States Court of Appeals,
Second Circuit.

July 9, 2002.

Steven P. Calkins, Kingsley, Kingsley & Calkins, Hicksville, NY, for Appellant.

J. Scot Provan, Hill Rivkins & Hayden LLP, New York, NY, for Appellees.

Present: JACOBS, LEVAL, and KATZMANN, Circuit Judges.

### *SUMMARY ORDER*

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court be **AFFIRMED**.

Plaintiff–Appellant Salim Oleochemicals, Inc., ("Salim") appeals from the order entered in the United States District Court for the Southern District of New York (Buchwald, *J.*) granting defendants-appellees' motion to compel arbitration. We affirm because Salim has failed to identify any error or abuse of discretion by the district court that warrants reversal or remand.

The judgment of the district court is hereby **AFFIRMED**.